**THINK COMPUTER CORPORATION,**
**Appellant**

v.

**SQUARE, INC., Appellee**

**2016-1818**

United States Court of Appeals, Federal Circuit.

July 24, 2017

ISAAC PHILIP RABICOFF, Rabicoff Law LLC, Chicago, IL, argued for appellant.

STEFANI E. SHANBERG, Morrison & Foerster LLP, San Francisco, CA, argued for appellee. Also represented by ROBIN L. BREWER, EUGENE MARDER.

(Newman, O'Malley, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**